1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE PEARL LAW FIRM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE DE BLANCO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. CV11-08254-SJO-(MRWX) Hon. S. James Otero |
| Plaintiffs, | Order: |
| v. | (1) Granting Preliminarily Approval to Class Action Settlement; |
| HOME SERVICES LENDING, LLC, AND DOES 1 THROUGH 100, INCLUSIVE, | (2) Certifying Class for Settlement Purposes Only; |
| Defendants. | (3) Appointing Class Representative and Class Counsel; |

Case No. CV11-08254-SJO-(MRWX)
Hon. S. James Otero

Order:

(1) Granting Preliminarily Approval to Class Action Settlement;

(2) Certifying Class for Settlement Purposes Only;

(3) Appointing Class Representative and Class Counsel;

(4)  Directing Distribution of Notice of Settlement to Settlement Class Members; and

(5)  Setting Final Approval Hearing

Date:          February 6, 2012
Time:          8:30 a.m.
Courtroom:     1

[Proposed] Order Granting Motion for
Preliminary Approval of Class Action Settlement

THE PEARL LAW FIRM

The Motion of plaintiff Rene De Blanco, individually and on behalf of all others similarly situated, for an Order granting preliminary approval to the class action settlement in this matter came on regularly for hearing on February 6, 2012, at 8:30 a.m., in Courtroom 1 of the United States District Court for the Central District California, 312 North Spring Street, Los Angeles, California 90012.  The Court having reviewed the papers filed in support of the Motion, and having heard the arguments of counsel, and good cause appearing therefor, the Motion is GRANTED.

1.    The Court gives preliminary approval to the settlement of this class action on the terms set forth in the parties' Stipulation of Class Settlement and Release Between Plaintiffs and Defendant (the "Stipulation").

2.    The Court certifies the following class for settlement purposes only pursuant to Federal Rules of Civil Procedure, Rule 23:

All individuals who, at any time between January 1, 2008, and March 31, 2011, worked for HSL in the position of Home Mortgage Consultant or Jr. Home Mortgage Consultant, with the exception of former HSL employees, Brian Shaw and Mark Buchanan, who have filed their own individual lawsuits for exempt misclassification.

3.    The Court appoints plaintiff Rene De Blanco as class representative of the above class for settlement purposes only and appoints his counsel, Steven G. Pearl of the Pearl Law Firm, A Professional Corporation, and Andrew H. Friedman of Helmer & Friedman, LLP ("Counsel") as class counsel for purposes of settlement only.

4.    The Court approves the proposed Notice of Class Settlement for defendant's current employees, Notice of Class Settlement for defendant's former employees, Claim Form (former employees only), and Request for Exclusion Form (collectively, "Notice Packet"), attached as Exhibits A, B, C, and D, respectively, to the Supplemental Declaration of Steven G. Pearl In Support of Motion for Preliminary Approval of Class Action Settlement.  The Court directs that the revised Notice Packet be mailed by first class mail to the settlement class members.  As indicated by the Court on February 6,

2012, defendant's current employees need not file claim forms in order to participate in the settlement.

5. The Court establishes the following schedule for post-approval proceedings and the final approval hearing to determine whether the court should give final approval to the proposed settlement as fair, reasonable, and adequate:

| Event | Days | Date |
|---|---|---|
| Mailing of Notice Packet | 10 days after preliminary approval | February 16, 2012 |
| Mailing of reminder post-card | 30 days after mailing notice | March 19, 2012 |
| Last day for class members to opt out of the settlement, submit written objections, and/or submit claims | 60 days after mailing notice | April 16, 2012 |
| Last day for filing and service of papers in support of final settlement approval | --- | April 23, 2012 |

6. The final approval hearing shall take place on May 7, 2012, at 1:30 p.m. in Courtroom 1 of the United States District Court for the Central District California, 312 North Spring Street, Los Angeles, California 90012.

**IT IS SO ORDERED.**

Dated: February 28, 2012.

_S. James Otero_

S. JAMES OTERO

UNITED STATES DISTRICT JUDGE

2

THE PEARL LAW FIRM