THE PEARL LAW FIRM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE DE BLANCO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>HOME SERVICES LENDING, LLC, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | Case No. CV11-08254-SJO-(MRWX)<br>Hon. S. James Otero<br><br>[Proposed] Judgment and Order:<br><br>(1) Granting Final Approval to Class Action Settlement;<br><br>(2) Directing Disbursement of Settlement Proceeds; and<br><br>(3) Setting Hearing on Status of Settlement Payment Distribution |

---

[Proposed] Amended Order Granting Motion for Preliminary Approval of Class Action Settlement

On February 28, 2012, this Court entered its order granting preliminary approval of the parties' settlement of this matter, certifying the class for settlement purposes, appointing Mr. De Blanco as class representative and his counsel as class counsel, approving the notice package and ordering that it be distributed to the settlement class members, and setting a post-approval schedule, including a final approval hearing for May 7, 2012. On March 8, 2012, the Court entered an Amended Order Granting Preliminary Approval, revising the post-approval schedule and continuing the final approval hearing to June 4, 2012. In all other respects, the Court's Order of February 28, 2012, remained unchanged.

On June 4, 2012, at 1:30 p.m., this matter came on regularly for hearing in Courtroom 1 of the United States District Court for the Central District California, 312 North Spring Street, Los Angeles, California 90012, Hon. S. James Otero, presiding, on the parties' Stipulation of Class Settlement and Release Between Plaintiffs and Defendant (the "Stipulation") and on the motion of plaintiff Rene De Blanco, individually and on behalf of all others similarly situated, for an order:

1.   Finally approving a settlement of this class action on the terms set forth in the Stipulation;

2.   Certifying for settlement purposes only, pursuant to Federal Rules of Civil Procedure, Rule 23, the following settlement class:

> All individuals who, at any time between January 1, 2008, and March 31, 2011, worked for HSL in the position of Home Mortgage Consultant or Jr. Home Mortgage Consultant, with the exception of former HSL employees, Brian Shaw and Mark Buchanan, who have filed their own individual lawsuits for exempt misclassification.

3.   Appointing plaintiff Rene De Blanco as class representative of the above class for settlement purposes only and appointing his counsel, Steven G. Pearl of the Pearl Law Firm, A Professional Corporation, and Andrew H. Friedman of Helmer & Friedman, LLP ("Counsel") as class counsel for purposes of settlement only.

1      4.    Ordering HSL to deposit the settlement funds with the settlement administrator as set forth in the parties' Stipulation for Settlement within five (5) business days of final approval of the settlement by the Court, and ordering the settlement administrator to pay all claims, class representative's enhancement payment, and class counsel's attorney fees and costs within fifteen (15) business days after entry of the final approval order; and

    5.    Scheduling a hearing approximately 120 days after final approval for a final report as to the status of the payments ordered hereunder and to approve any necessary payments to a *cy pres* beneficiary.

Steven G. Pearl appeared for Mr. De Blanco and the class members. Thomas Kaufman appeared for defendant Home Services Lending, LLC ("HSL"). The Court having reviewed the motion for final approval, the papers filed in support, and the Court's file in this matter, good cause appearing therefor, the motion is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

    1.    The Court hereby gives final approval to the settlement of this class action on the terms set forth in the Stipulation.

    2.    The Court hereby certifies for settlement purposes only, pursuant to Federal Rules of Civil Procedure, Rule 23, the following settlement class:

> All individuals who, at any time between January 1, 2008, and March 31, 2011, worked for HSL in the position of Home Mortgage Consultant or Jr. Home Mortgage Consultant, with the exception of former HSL employees, Brian Shaw and Mark Buchanan, who have filed their own individual lawsuits for exempt misclassification.

    3.    The Court hereby appoints plaintiff Rene De Blanco as class representative of the above class for settlement purposes only and appoints his counsel, Steven G. Pearl of the Pearl Law Firm, A Professional Corporation, and Andrew H. Friedman of Helmer & Friedman, LLP ("Counsel") as class counsel for purposes of settlement only.

    4.    The Court hereby orders HSL to deposit the settlement funds with the

settlement administrator as set forth in the parties' Stipulation for Settlement within five (5) business days of final approval of the settlement by the Court, and orders the settlement administrator to pay all claims, class representative's enhancement payment, and class counsel's attorney fees and costs within fifteen (15) business days after entry of the final approval order.

5. The Court hereby schedules a hearing for Monday, December 3, 2012 @ 10:00 a.m. for a final report as to the status of the payments ordered hereunder and to approve any necessary payments to a *cy pres* beneficiary.

**IT IS SO ORDERED.**

Dated: June 1, 2012.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE