STEVEN G. PEARL (CA BAR NO. 163381)
SGPEARL@SGPEARL.COM
THE PEARL LAW FIRM, A PROFESSIONAL CORPORATION
16133 VENTURA BOULEVARD, SUITE 625
ENCINO, CALIFORNIA 91436-2412
PHONE:        818/ 995-8300
FAX:            818/ 995-8301

ANDREW H. FRIEDMAN (CA BAR NO. 153166)
AFRIEDMAN@HELMERFRIEDMAN.COM
HELMER & FRIEDMAN, LLP
723 OCEAN FRONT WALK
VENICE, CALIFORNIA 90291
PHONE:        310/ 396-7714
FAX:            310/ 396-9215

ATTORNEYS FOR PLAINTIFF
RENE DE BLANCO, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE DE BLANCO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> HOME SERVICES LENDING, LLC, AND DOES 1 THROUGH 100, INCLUSIVE, <br><br> Defendants. | Case No. CV11-08254-SJO-(MRWX) <br> Hon. S. James Otero <br><br> **Order to Continue Cy Pres Distribution Hearing** |

THE PEARL LAW FIRM

**Order  to Continue Cy Pres
Distribution Hearing**

THE PEARL LAW FIRM

<u>Order</u>

Pursuant to the plaintiff's Status Report and Request to Continue Cy Pres Distribution Hearing, and good cause appearing therefor, the hearing for a final report as to the status of the payments ordered by the Court and to approve any necessary payments to a *cy pres* beneficiary is continued from December 3, 2012, at 10:00 a.m., to January 22, 2013, at 10:00 a.m.

In all other respects, the Court's June 1, 2012, Order granting final approval to the parties' settlement of this matter shall remain unchanged.

**IT IS SO ORDERED.**

Dated:  11/28/12

_____

HON. S. JAMES OTERO

UNITED STATES DISTRICT JUDGE

**Order  to Continue Cy Pres**
**Distribution Hearing**