STEVEN G. PEARL (CA BAR NO. 163381)
SGPEARL@SGPEARL.COM
THE PEARL LAW FIRM, A PROFESSIONAL CORPORATION
16133 VENTURA BOULEVARD, SUITE 625
ENCINO, CALIFORNIA 91436-2412
PHONE: 818/ 995-8300
FAX: 818/ 995-8301

ANDREW H. FRIEDMAN (CA BAR NO. 153166)
AFRIEDMAN@HELMERFRIEDMAN.COM
HELMER & FRIEDMAN, LLP
723 OCEAN FRONT WALK
VENICE, CALIFORNIA 90291
PHONE: 310/ 396-7714
FAX: 310/ 396-9215

ATTORNEYS FOR PLAINTIFF
RENE DE BLANCO, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE DE BLANCO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> HOME SERVICES LENDING, LLC, AND DOES 1 THROUGH 100, INCLUSIVE, <br><br> Defendants. | Case No. CV11-08254-SJO-(MRWX) <br> Hon. S. James Otero <br><br> **ORDER Continuing Hearing on Final Status of Distributions and Approval of *Cy Pres* Beneficiary** |

**Stipulation to Continue Hearing on Final Status of Distributions
and Approval of *Cy Pres* Beneficiary and Order Thereon**

Plaintiff Rene De Blanco, individually and on behalf of all others similarly situated, and defendant Home Services Lending, LLC ("HSL") (Mr. De Blanco and HSL are referred to collectively as the "Parties") through their attorneys of record, hereby agree and stipulate as follows:

The Parties stipulate that the hearing for a final report as to the status of the payments ordered by the Court and to approve any necessary payments to a *cy pres* beneficiary be continued from January 22, 2013, at 10:00 a.m., to February 25, 2013, at 10:00 a.m., or as soon thereafter as is convenient for the Court.

In all other respects, the Court's June 1, 2012, Order granting final approval to the parties' settlement of this matter shall remain unchanged.

Dated: January 31, 2013   THE PEARL LAW FIRM,
A PROFESSIONAL CORPORATION

HELMER & FRIEDMAN, LLP

_____
By: Steven G. Pearl
Attorneys For Plaintiff Rene De Blanco, Individually and on Behalf of All Others Similarly Situated

Dated: January 31, 2013   Sheppard, Mullin, Richter & Hampton LLP

_____
By: Thomas R. Kaufman
Attorneys for Defendant
HOMESERVICES LENDING LLC

1

**Stipulation to Continue Hearing on Final Status of Distributions and Approval of *Cy Pres* Beneficiary and Order Thereon**

<u>Order on Stipulation</u>

Pursuant to the stipulation of the parties, and good cause appearing therefor, the hearing for a final report as to the status of the payments ordered by the Court and to approve any necessary payments to a *cy pres* beneficiary is continued from January, 22, 2013, at 10:00 a.m., to February 25, 2013, at 10:00 a.m.

In all other respects, the Court's June 1, 2012, Order granting final approval to the parties' settlement of this matter shall remain unchanged.

**IT IS SO ORDERED.**

Dated: January 31, 2013.

_S. James Otero_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

THE PEARL LAW FIRM

**Stipulation to Continue Hearing on Final Status of Distributions
and Approval of *Cy Pres* Beneficiary and Order Thereon**